Howard J. Russell
Nevada Bar No. 8879
HRussell@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Ste 400
Las Vegas, NV 89118
T: (702) 938-3810
F: (702) 938-3864

*Attorneys for Defendant Walgreen Co.*
*(incorrectly named as Walgreens Boots*
*Alliance, Inc.)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FRANCHELLE MAGANA, INDIVIDUALLY AND AS GUARDIAN AD LITEM TO J.I., A MINOR,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, et al.,<br><br>Defendants. | Case No. 2:22-cv-00920-JCM-NJK<br><br>**STIPULATION TO STAY PROCEEDINGS AS TO DEFENDANT WALGREEN CO. PENDING JPML'S RULING ON TRANSFER** |

Defendant Walgreen Co. (incorrectly named as Walgreens Boots Alliance, Inc.) ("Walgreens") and Plaintiff Franchelle Magana, Individually and as Guardian Ad Litem to J.I., a Minor ("Plaintiff") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

1. On June 7, 2022, Plaintiff filed this action, styled *Magana, et al. v. Walgreens Boots Alliance, et al.*, No. 2:22-cv-00920, against Defendant Walgreens.

2. On June 10, 2022, a Motion to Transfer Actions Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings (the "Motion to Transfer") was filed with the

Judicial Panel on Multidistrict Litigation (the "JPML") in *In re: Acetaminophen – ASD/ADHD Products Liability Litigation*, MDL No. 3043, seeking transfer and coordination for pretrial purposes of all currently filed actions, and subsequently filed related actions, that allege wrongful conduct relating to the over-the-counter drug, Acetaminophen. *See In re: Acetaminophen – ASD/ADHD Prods. Liab. Litig.*, MDL No. 3043, Dkt. 1 (J.P.M.L. June 10, 2022).

3. The Schedule of Actions annexed to the Motion to Transfer includes this action, *Magana, et al. v. Walgreens Boots Alliance, et al.*, No. 2:22-cv-00920. *In re: Acetaminophen*, MDL No. 3043, Dkt. 1-2 (J.P.M.L. June 10, 2022).

4. The Parties anticipate that the Motion to Transfer will be heard by the JPML during its September 29, 2022 Panel Hearing Session.

5. In light of the Motion to Transfer's request to coordinate the instant action and all related actions in a multidistrict litigation, and because the Motion will not be heard by the JPML until September 29, 2022, the Parties respectfully request that all proceedings as to Walgreens in the present action be stayed until October 15, 2022, or until fourteen (14) days after the JPML ruling on the Motion to Transfer, whichever is sooner. This request includes, but is not limited to, deadlines to file responsive pleadings and serve Rule 26 initial disclosures, and initial status conferences with the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. The Parties further stipulate and agree that, by entering into this stipulated request, no party waives any defenses in this action.

IT IS SO STIPULATED.

By: */s/ Peter C. Wetherall*
Peter C. Wetherall (NV # 4414)
WETHERALL GROUP, LTD.
6671 S. Las Vegas Blvd., Ste. 210
Las Vegas, NV 89119
T: (702) 838-8500
F: (702) 837-5081
pwetherall@wetherallgroup.com

*Attorneys for Plaintiff*

By: */s/ Howard J. Russell*
Howard J. Russell (NV # 8879)
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Ste 400
Las Vegas, NV 89118
T: (702) 938-3810
F: (702) 938-3864
HRussell@wwhgd.com

*Attorneys for Defendant Walgreen Co. (incorrectly named as Walgreens Boots Alliance, Inc.)*

IT IS SO ORDERED July 25, 2022.

_____
HON. JAMES C. MAHAN
United States District Court Judge